May 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KEESHA PERRY, Appellant

NO. 14-10-00400-CV　　　　　　　V.

HOUSTON HOUSING AUTHORITY, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on February 16, 2010, and to dismiss the entire case. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. We also order the judgment below **VACATED** and the case **DISMISSED**.

We further order that each party shall pay its costs incurred, and that this decision be certified below for observance.

We further order the mandate be issued immediately.